**United States District Court**
**Northern District of New York**

# DEFAULT JUDGMENT IN A CIVIL CASE

**A. DUDA & SONS, INC., BASIN GOLD COOPERATIVE**

                        **Plaintiffs'**
            VS.                        **5:07-CV-376 (NAM) (GHL)**

**OSWEGO GROWERS & SHIPPERS, INC.; SAMUEL A. ZAPPALA;**
**JAMES R. ZAPPALA**
                        **Defendant**s'

**[X]  Decision by Court.**  This action came to trial or hearing before the Court.
      The issues have been tried or heard and a decision has been rendered.


IT IS ORDERED AND ADJUDGED

That the plaintiffs' motion for Default Judgment is granted, plaintiffs' are entitled
to default judgment against defendants' Oswego Growers & Shippers, Inc., Samuel
A. Zappala and James R. Zappala, jointly and severally, in the principal amount of
$32,460.00 along with taxable costs in the amount of $572.50, pre-judgment
interest in the sum of $6,336.53, attorney's fees in the amount of $12,458.00 for a
total judgment of $51,827.03, plus post-judgment interest at the rate set forth by
28 USC section 1961, all of which qualifies for protection under the Perishable
Agricultural Commodities Act of 1930, as amended, 7 USC section 499a et seq.

All of the above pursuant to the Order of the Honorable Chief Judge Norman A.
Mordue dated the 24th, day of September, 2008.


**SEPTEMBER 26, 2008**                **LAWRENCE K. BAERMAN**

_____               _____
**DATE**                               **Clerk of Court**
                                       **s/**

                                       _____
                                       **Joanne Bleskoski**
                                       **Deputy Clerk**